Argued May 23, affirmed June 2, reconsideration denied July 9, · petition for review denied August 6, 1975

STATE OF OREGON, *Respondent, v.* MICHAEL WARREN KILLINGER (No. 22029), *Appellant.*

535 P2d 557

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State v. Guerrero,* 11 Or App 284, 501 P2d 998, Sup Ct *review denied* (1972).